COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-367-CV

RAIMUNDO VIEIRA AND JOAO BOSCO MONTEIRO
 
APPELLANTS

V.

MOTEL 6 OPERATING, L.P.
 APPELLEE

 
 

----------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion For Dismissal With Prejudice.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  October 2, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.